# Third Department, September, 1981

## (September 2, 1981)

◼ In the Matter of Richard P. Lucas, Petitioner, v Louis B. Scheinman, as County Court Judge of Sullivan County, Respondent. — Application, pursuant to CPLR article 78, for judgment in the nature of prohibition, denied, without costs, and petition dated July 16, 1981 dismissed. The extraordinary remedy of

prohibition is unavailable to review, at this stage of a criminal proceeding, matters such as the alleged bias or prejudice of a Trial Judge which can be raised upon direct appeal from a judgment of conviction (see *Matter of Legal Aid Soc. of Sullivan County v Scheinman,* 53 NY2d 12; *Matter of Fitzgerald v Wells,* 9 AD2d 812, mot for rearg or lv to app den 10 AD2d 654, mot for lv to app den 7 NY2d 711, app dsmd 9 NY2d 864). Kane, J. P., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.